No. 923. WILKINSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Calvin L. Rampton* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 924. DISTRICT COURT OF MONTEZUMA COUNTY, COLORADO, ET AL. v. WHYTE. Supreme Court of Colorado. Certiorari denied. *Duke W. Dunbar,* Attorney General of Colorado, and *John B. Barnard, Jr.,* Assistant Attorney General, for petitioners. *Dan Milenski, Fred M. Winner* and *William A. Brophy* for respondent.

No. 925. WILSON v. BEVILLE ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Robert J. McGowan* for petitioner. *Roger Arnebergh* and *Bourke Jones* for respondents.

No. 933. NISBET v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Luther E. Jones, Jr.* for petitioner. *Will Wilson,* Attorney General of Texas, *Riley Eugene Fletcher* and *Leon F. Pesek,* Assistant Attorneys General, for respondent.

No. 927. UNITED STATES v. SAULNIER. Court of Claims. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Solicitor General Rankin, Assistant Attorney General Doub* and *Morton Hollander* for the United States. *Michael Gould* and *Max C. Louis* for respondent.